**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SHARP CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLP,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS, CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLP,<br><br>Counterclaimants,<br><br>v.<br><br>SHARP CORPORATION and SHARP ELECTRONICS CORPORATION,<br><br>Counterclaim-Defendants. | Civil Action No. 2:07-CV-330-(CE) |

**ORDER GRANTING AGREED MOTION TO DISMISS WITHOUT PREJUDICE**

Before the Court is the parties' Agreed Motion to Dismiss Without Prejudice the above-captioned case. Having considered the matter, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the claims by Plaintiff against Defendants and the claims by Counterclaimants against Counterclaim-Defendants are DISMISSED without prejudice to the refiling of same.

1

Each party shall bear its own costs and attorneys' fees.

SIGNED this 12th day of February, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE